Case 1:07-cr-00185-CC-RGV   Document 1   Filed 06/05/07   Page 1 of 2

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 0 5 2007

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL INDICTMENT |
| v. | : |
| | : No. **1:07-CR-185** |
| MICHAEL ROBERT DEJONG | : |

THE GRAND JURY CHARGES THAT:

On or about the 16th day of April 2007, in the Northern District of Georgia, the defendant, MICHAEL ROBERT DEJONG, did knowingly and willfully deposit for conveyance in the mail for delivery from a post office or by any letter carrier, a letter containing a threat to take the life of, and to inflict bodily harm, upon the President of the United States, George W. Bush, addressed to: "Clerk of Courts, 75 Langley Drive, Lawrenceville, GA 30045," which reads as follows:

> "I'm gathering a few followers to kill the President of the United States and destroy what is so called America. If I have to I will kill anyone who gets in my way. I offer you a chance to change what this Country as (sic) done in the name of God. I need someone faithful and loyal to do Gods (sic) bidding. If you wish to join our force and have your life changed around contact me. The time is now to strike! Sincerely, Michael R. Dejong. P.S. I put a little surprise in and on this letter. Maybe you have heard of it. It's called <u>Anthrax</u>. Enjoy!!!! Ha Ha Ha Ha"

All in violation of Title 18, United States Code, Section 871(a).

A \_\_\_\_\_True\_\_\_\_\_ BILL

_____
FOREPERSON


DAVID E. NAHMIAS
UNITED STATES ATTORNEY

_____
KATHERINE B. MONAHAN
ASSISTANT UNITED STATES ATTORNEY

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30335
404/581-6049    FAX: 404/581-6181
Georgia Bar No. 045737