U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C  Atlanta

JUN 0 5 2007

~~JAMES N. HATTEN~~, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

DIVISION Atlanta
(USAO 2007R00544)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

1:07-CR-185

COUNTY NAME: Gwinnett

DISTRICT COURT NO. _____

MAGISTRATE CASE NO. _____

_X_ Indictment    __ Information    __ Magistrate's Complaint

DATE: June 5, 2007    DATE:    DATE:

UNITED STATES OF AMERICA
vs.
**MICHAEL ROBERT DEJONG**

SUPERSEDING

Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:    TOTAL COUNTS:
(as to deft)    (as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony    __ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding __ Yes __ No
Date: _____    Issued by: _____

IS IN CUSTODY:

4. __ On this charge.
5. _X_ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   ____ Federal    __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes    __ No
   If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE: _____
JUDGE: _____
A.U.S.A.: Katherine Monahan
DEFT'S ATTY: _____

DAVID E. NAHMIAS
UNITED STATES ATTORNEY
BY: Katherine Monahan
Assistant United States Attorney
DATE: June 5, 2007

cc: Orig - Court file
Copy - U.S. ATTORNEY
Copy - Defense Attorney