U.S. Department of Justice
United States Attorney
Northern District of Georgia

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 0 5 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# United States District Court
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

United States

v.

Michael Robert Dejong
(Gwinnett County Department of Corrections)

No. 1:07-CR-185

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached. Request that warrant be lodged as detainer in the above-stated case.

Katherine Monahan
Assistant United States Attorney

## Please forward a copy of the attached memorandum to the Marshal's Service for information purposes

Filed In Clerk's Office, this _____

of _____, 20____

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
6/6/07
BY: _____
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94